# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| Michael McGowan | ) | |
|---|---|---|
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number:   3:09-cv-17-DGW |
| Dr. Chapman | ) | |
| *Defendant(s)* | ) | |

## JUDGMENT IN A CIVIL ACTION

The Court has ordered that:

☒     Pursuant to the Order entered by this Court on January 5, 2012, this case is **DISMISSED** with prejudice.  Each party shall bear its own costs.

Dated: 3/28/2012

NANCY J. ROSENSTENGEL, Clerk

s/ Jackie Payton
 Deputy Clerk

AO 450 (Rev. 01/09)   Judgment in a Civil Action
MODIFIED SDIL (3/2011)